UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIANCA RODRIGUEZ, on behalf of herself and on behalf of all other similarly-situated individuals,<br><br>      *Plaintiffs,*<br> -against-<br><br>PEDRO'S BAR & RESTAURANT, INC. and PORFIRIO SUERO, JR., in his individual and professional capacities,<br>      *Defendants.* | CA NO.: 1:17-cv-03358<br><br>**WAIVER OF THE SERVICE OF SUMMONS** |

 I have received your request to waive service of a summons in this complaint.

 The parties I represent agree to save the expense of serving a summons and complaint in this case.

 I understand that the parties I represent will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

 I also understand that I, or the parties I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Jun 5, 2017, the date when this request was sent. If I fail to do so, a default judgment will be entered against the entities I represent.

Dated: New York, New York
    Jun 6, 2017

                    _/s/ Martin E. Restituyo_____
                    Martin E. Restituyo, Esq.
                    Law Offices of Martin Restituyo, P.C.
                    1345 Avenue of the Americas, 2nd Floor
                    New York, New York 10105
                    Tel: 212-729-7900
                    Fax: 212-729-7490
                    restituyo@restituyolaw.com

                    *Attorneys for all Defendants*

By: Pedro's Bar & Restaurant, Inc.
   Porfirio Suero, Jr.,
   *Parties Waiving Service of Summons*