## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | December 1, 2017 |
| **TIME:** | 2:00 p.m. |
| **DOCKET NUMBER(S):** | **CV 17-3358 (DLI)** |
| **NAME OF CASE(S):** | Rodriguez v. Pedro's Bar & Restaurant, Inc. et al |
| **FOR PLAINTIFF(S):** | **Chen and Willemin with Rodriguez** |
| **FOR DEFENDANT(S):** | **Restituyo** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **2:06-2:23** |

**RULINGS MOTION HEARING:**

**The parties will submit a revised motion for approval of their settlement that takes today's discussion into account by December 15, 2017.**