

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 9, 2018

**VIA ECF**

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Rodriguez v. Pedro's Bar & Restaurant, Inc., et al.; No. 17-cv-3358 (DLI)(SMG)

Dear Judge Gold:

We represent Plaintiff Bianca Rodriguez in the above-referenced matter and write to respectfully request that the initial conference scheduled for September 19, 2017 be adjourned.  The reason for the requested adjournment is that Plaintiff's counsel is scheduled for arbitration on the date of the conference.  Moreover, the parties expect to have this matter fully resolved shortly.  Defendants join in this request, and it is the parties' first request for adjournment of this conference.  This request does not affect any scheduled dates, as a scheduling order has not yet been entered.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

David E. Gottlieb

cc: Counsel for Defendants (*via* ECF)