

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 10, 2018

<u>**VIA ECF**</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Rodriguez v. Pedro's Bar & Restaurant, Inc., *et al.*; No. 17-cv-3358 (DLI)(SMG)</u>

Dear Judge Irizarry,

We represent Plaintiff Bianca Rodriguez and write to first inform the Court and Magistrate Judge Gold that the letter filed on my letterhead yesterday was filed incorrectly as a result of a clerical error, and as a result we ask that the Court disregard that correspondence.  While we did intend to write the Court, we intended simply to inquire as to whether any additional information is needed for the Court to confirm Magistrate Judge Gold's report dated February 22, 2018 recommending court approval of the settlement agreement in the above-referenced matter.  To the extent any additional information is needed, we are at the Court's disposal.

Respectfully submitted,

David E. Gottlieb